UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| MARALU POLLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:11-cv-9-RLY-WGH |
| | ) | |
| SATYAM, INC., d/b/a HOLIDAY | ) | |
| INN LACKLAND HOTEL, and | ) | |
| INTER-CONTINENTAL HOTELS | ) | |
| CORPORATION, d/b/a HOLIDAY | ) | |
| INNS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON PLAINTIFF'S EMERGENCY
## MOTION TO COMPEL DEPOSITIONS

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on Plaintiff's Emergency Motion to Compel Depositions filed January 5, 2012. (Docket No. 51). The Defendants' Opposition to Plaintiff's Emergency Motion to Compel Depositions was filed on January 9, 2012. (Docket No. 53). The Magistrate Judge conducted a telephonic hearing at 2:00 p.m., on January 10, 2012, which hearing, by agreement of the parties, was not made of record.

The Magistrate Judge, being duly advised, now **GRANTS, in part,** and **DENIES, in part,** the Plaintiffs' Emergency Motion to Compel Depositions, as follows:

1. On or before January 20, 2012, Defendants shall provide for telephonic deposition under FED. R. CIV. P. 30(b)(6) a representative who can address

questions related to the entities known as Six Continents Hotels, Inc. d/b/a InterContinental Hotels Group and Holiday Hospitality Franchising, Inc. f/k/a Holiday Inns Franchising, Inc. d/b/a InterContinental Hotels Group.

2. The topics of the deposition shall be limited to:

(a) whether any previously named Defendant is an agent of the proposed new defendants to be added to this Complaint in the pending Plaintiff's Motion for Leave to File First Amended Complaint at Law, Instanter (Docket No. 50);

(b) whether the new defendants in the proposed amended complaint are subject to the personal jurisdiction of this court;

(c) whether the proposed new defendants have done business in Indiana for the last five years;

(d) the amount of money derived by the proposed new defendants in the State of Indiana for the last five years;

(e) whether the proposed new defendants receive royalties from any of the previously named Dfendants in association with a license or franchise agreement; and

(f) whether any of the proposed new defendants paid taxes to the State of Indiana in the last five years.

3. The deadline for Plaintiff's response to Defendants' Motion to Dismiss (Docket No. 27) is extended to and including January 31, 2012.

**SO ORDERED.**

Dated: January 13, 2012

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**<u>Electronic copies to</u>:**

Stephan D. Blandin
ROMANUCCI & BLANDIN LLC
sblandin@rblaw.net

Dwight Timothy Born
TERRELL BAUGH SALMON & BORN LLP
tborn@tbsblaw.com

Gina A. DeBoni
ROMANUCCI & BLANDIN LLC
gdeboni@rblaw.net

Michael E. Holden
ROMANUCCI & BLANDIN LLC
mholden@rblaw.net

Antonio Maurizio Romanucci
ROMANUCCI & BLANDIN
amr@rblaw.net